IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES *ex rel.* REBECCA KOVALICH,<br><br>Plaintiff,<br><br>v.<br><br>PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A.<br>and DR. DAVID SPIVEY,<br><br>Defendants. | **Civil Action No.: 1:18CV44** |

## NOTICE OF SETTLEMENT

Undersigned counsel on behalf of the parties respectfully notify the Court, pursuant to LR 83.3, that the above-referenced action has been settled by mutual agreement of the parties. Under the most recent modifications to the scheduling order, notices of intent to file dispositive motions are due no later than February 23, 2021. (*See* Text Order, Sept. 15, 2020). The parties anticipate finalizing settlement and filing a notice of dismissal before that date.

[*signatures on following page*]

Respectfully submitted this 6th day of January, 2021,

| | |
|---|---|
| SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP | MATTHEW G.T. MARTIN<br>United States Attorney |
| */s/ Robert E. Desmond*<br>*(by CLC w/permission)*<br>Robert E. Desmond<br>Attorney for Defendants<br>NCSB # 29180<br>P.O. Box 2611<br>Raleigh, NC 27602<br>T: (919) 821-1220<br>rdesmond@smithlaw.com | */s/ Cassie Crawford*<br>Cassie L. Crawford<br>Assistant U.S. Attorney<br>NCSB #45396<br>United States Attorney's Office<br>101 South Edgeworth Street, 4th Floor<br>Greensboro, NC 27401<br>T: (336) 333-5351<br>cassie.crawford@usdoj.gov |

# CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following:

    Sean F. Herrmann
    Herrmann & Murphy, PLLC
    sean@herrmannmurphy.com
    Attorney for Relator

    Robert E. Desmond
    Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan LLP
    rdesmond@smithlaw.com
    Attorney for Defendants

Counsel for the United States will provide an electronic copy, by consent, to the following:

    Michael M. Berger
    North Carolina Department of Justice
    Medicaid Investigations Division
    5505 Creedmoor Road, Ste. 300
    Raleigh, NC 27612

    */s/ Cassie Crawford*
    Cassie L. Crawford
    Assistant U.S. Attorney
    NCSB #45396
    United States Attorney's Office
    101 South Edgeworth Street, 4th Floor
    Greensboro, NC 27401
    T: (336) 333-5351
    cassie.crawford@usdoj.gov