IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES *ex rel.* REBECCA KOVALICH, <br><br> Plaintiff, <br><br> v. <br><br> PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A. and DR. DAVID SPIVEY, <br><br> Defendants. | **Civil Action No.: 1:18CV44** |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and subject to the terms of the Settlement Agreement between Relator Rebecca Kovalich ("Relator"), Defendants Preferred Pain Management & Spine Care, P.A. and Dr. David Spivey ("Defendants"), and the United States, it is hereby stipulated as follows:

1. Relator's claims in this action are dismissed with prejudice.

2. The United States' claims against Defendants as to the Covered Conduct released in the Settlement Agreement are dismissed with prejudice; all other claims of the United States are dismissed without prejudice.

Respectfully submitted this 14th day of April, 2021.

*(signatures on following page)*

| UNITED STATES OF AMERICA | SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP |
|---|---|
| SANDRA J. HAIRSTON<br>Acting United States Attorney | |
| */s/ Cassie Crawford*<br>Cassie L. Crawford, NCSB # 45396<br>Assistant U.S. Attorney<br>101 South Edgeworth Street, 4th Floor<br>Greensboro, North Carolina 27401<br>(336) 333-5351<br>cassie.crawford@usdoj.gov | */s/ Robert E. Desmond*<br>*(by CLC w/permission)*<br>Robert E. Desmond, NCSB # 29180<br>Attorney for Defendants<br>P.O. Box 2611<br>Raleigh, NC 27602<br>T: (919) 821-1220<br>rdesmond@smithlaw.com |

**HERRMANN & MURPHY, PLLC**

*/s/ Sean F. Herrmann (by CLC w/permission)*
Sean F. Herrmann
Attorney for Relator
1712 Euclid Avenue
Charlotte, NC 28203
704-940-6399
sean@herrmannmurphy.com